- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _Pete Rourke_ ☐ Agent ☐ Addressee

B. Received by ( Printed Name )
_Pete Rourke_

C. Date of Delivery
2/14/8

1. Article Addressed to:

SIKORSKY SUPPORT SERVICES, INC.
299 AIRPORT BLVD.
TROY, AL 36081

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

08cv 99
54C

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7006 0100 0003 2054 5238

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

SENDER: COMPLETE THIS SECTION  Document  COMPLETE THIS SECTION ON DELIVERY  Page 1 of 1