IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JANET ADKISON )
 )
Plaintiff, )
 )
v. ) CASE NO. 2:08-CV-00099-CSC
 )
SIKORSKY SUPPORT SERVICES, INC. )
 )
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Janet Adkison, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

3/8/2008
Date

/s/ Jay Lewis
(Signature)

Jay Lewis
(Counsel's Name)

Janet Adkison
Counsel for (print names of all parties)

P.O. Box 5059
Montgomery, AL 36103
Address, City, State Zip Code

334-263-7733
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Jay Lewis, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 8th day of March 20 08, to:

Melody Hurdle Eagan

Natasha Lynke Wilson

3/8/2008
Date

/s/ Jay Lewis
Signature