**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:  Adkison v. Sikorsky Support Services, Inc.

Case Number:    2:08-cv-00099-CSC

Referenced Pleading:   Corporate/Conflict Disclosure Statement   - Doc. 7

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

JANET ADKISON )
_____, )
 )
  Plaintiff, )
 )
v. ) CASE NO. 2:08-CV-00099-CSC
 )
SIKORSKY SUPPORT SERVICES, INC. )
_____, )
 )
  Defendants, )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW _Janet Adkison_____, a _Plaintiff_____ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✓] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

3/8/2008
Date

/s/ Jay Lewis
(Signature)

Jay Lewis
(Counsel's Name)

Janet Adkison
Counsel for (print names of all parties)

P.O. Box 5059
Montgomery, AL  36103
Address, City, State Zip Code

334-263-7733
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

## CERTIFICATE OF SERVICE

I, __Jay Lewis_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __CM/ECF_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __8th__ day of __March__ 20__08__ to:

Melody Hurdle Eagan

Natasha Lynke Wilson

3/8/2008
Date

/s/ Jay Lewis
Signature