**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **JANET ADKISON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 2:08-cv-00099-CSC** |
| | ) | |
| **SIKORSKY SUPPORT SERVICES, INC.** | ) ) | |
| | ) | |
| **Defendant.** | ) ) | |

## NOTICE OF APPEARANCE

COMES NOW Fred Clements to enter his appearance as one of the attorneys for Plaintiff herein and respectfully requests of the Court and all parties that he be served with process and all needful papers.

RESPECTFULLY SUBMITTED on this the 12th day of March, 2008.

/s/ FRED CLEMENTS
Fred Clements
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
fredclements@JayLewisLaw.com
ASB-5682-R39C

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel, or by hand delivery, or by facsimile, or by placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid on this 12th day of March, 2008.

Melody Hurdle Eagan
Natasha Lynke Wilson
William Henry King, III
Lightfoot Franklin & White LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203-3200

                                                            /s/ FRED CLEMENTS
                                                            Fred Clements
                                                            Law Offices of Jay Lewis, LLC
                                                           P.O. Box 5059
                                                           Montgomery, AL 36103
                                                           (334) 263-7733 (Voice)
                                                           (334) 832-4390 (Fax)
                                                           fredclements@JayLewisLaw.com
                                                           ASB-5682-R39C