IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JANET ADKISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | |
| | ) | 2:08CV99-CSC |
| SIKORSKY SUPPORT | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT SIKORSKY AIRCRAFT CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's order, Defendant Sikorsky Aircraft Corporation, by and through its undersigned counsel, respectfully submits this Corporate Disclosure Statement. Sikorsky Aircraft Corporation is a wholly-owned and separately incorporated subsidiary of United Technologies Corporation, a publicly held corporation. All subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similar entities that could potentially pose a financial or professional conflict include:

1. AAG Properties, Inc.
2. ALP Aviation
3. Associated Aircraft Group, Inc.
4. Boeing Sikorsky Aircraft Support
5. Boeing/Sikorsky JV
6. Composite Technology Company
7. Composite Technology de Brazil Ltda.

8. Composite Technology Holding Company Limited
9. Composite Technology Holdings, Inc.
10. Composite Technology, Inc.
11. Composite Technology International Pte. Ltd.
12. Composite Technology Limited
13. Composite Technology U.S.A., Inc.
14. Composite Material Character, Inc.
15. Derco Aerospace Canada Co.
16. Derco Aerospace, Inc.
17. Derco Aerospace PTE LTD
18. Derco Logistics, Inc.
19. Derco Repair Services, Inc.
20. Derco Sales & Services, LLC
21. Helicopter Support, Inc.
22. Helicopter Support International, LLC
23. Keystone Helicopter Corporation
24. Keystone Helicopter Holdings, Inc.
25. Maritime Helicopter Support Company, LLC
26. MIL
27. Nile Acquisition Corporation
28. Penn Airways, Inc.
29. Polskie Zaklady Lotnicze Sp. Zo.o
30. Ranger Property Holdings, Inc.
31. Schweizer Aircraft Corp.
32. Schweizer Holdings, Inc.

33. Shanghai Sikorsky Aircraft Company Ltd.
34. Shanghai Heli General Aviation Co., Ltd.
35. Sikorsky Aircraft Australia Limited
36. Sikorsky Aircraft Panama, Inc.
37. Sikorsky Aircraft Taiwan Limited
38. Sikorsky Aircraft Turkey, Inc.
39. Sikorsky Canada Inc.
40. Sikorsky Export Corporation
41. Sikorsky Fractional Sales, Inc.
42. Sikorsky International Operations, Inc.
43. Sikorsky International Products, Inc.
44. Sikorsky Material Services, LLC
45. Sikorsky Nova Scotia ULC
46. Sikorsky Products, Inc.
47. Sikorsky Support Services, Inc.
48. Tower Avenue Holdings LLP
49. United Technologies International
50. UTF-SA-I, Inc.
51. Vance Total Support Services, LLC

/s/ Natasha L. Wilson
One of the Attorneys for Defendant
Sikorsky Support Services

OF COUNSEL:
William H. King, III (KIN029)
Melody H. Eagan (EAGAM9780)
Natasha L. Wilson (WIL326)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joseph (Jay) B. Lewis
Fred L. Clements, Jr.
LAW OFFICES OF JAY LEWIS, LLC
P.O. Box 5059
Montgomery, AL 36103

/s/  *Natasha L. Wilson*