IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 APR -2  P 2: 29

| | |
|---|---|
| JANET ADKISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08cv99-CSC |
| | ) |
| SIKORSKY SUPPORT SERVS., INC., | ) |
| | ) |
| Defendants. | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_4/2/08_
Date

_[signature]_
Signature

_Janet Adkison_
Counsel For (**print** name of all parties)

_P.O. Box 5059, Montgomery, AL 36103_
Address, City, State Zip Code

_334-263-7733_
Telephone Number

**DO NOT ELECTRONICALLY FILE THIS DOCUMENT**