IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JANET ADKISON, | ) | CIVIL ACTION NO. |
| | ) | |
| Plaintiff, | ) | 2:08CV99-CSC |
| | ) | |
| v. | ) | |
| | ) | |
| SIKORSKY SUPPORT SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION

To: JAY LEWIS, ESQ.
LAW OFFICES OF JAY LEWIS, LLC
P.O. Box 5059
Montgomery, AL 36103

    Please take notice that defendant Sikorsky Support Services, Inc. ("defendant") will take the deposition of plaintiff **Janet Adkison** on **April 30, 2008, at 9:00 a.m.**, pursuant to the Alabama Rules of Civil Procedure, upon oral examination before a court reporter or other person lawfully authorized to administer oaths. The deposition will be taken for the purpose of discovery, for use as evidence in this action, and for such other purposes as permitted under the Federal Rules of Civil Procedure. The deposition will continue from time to time until complete. The deposition will be taken at the offices of Jay Lewis, LLC, 847 South McDonough Street, Montgomery, Alabama.

    Pursuant to Rule 30(b)(5) of the Federal Rules of Civil Procedure, the deponent shall bring with her to the deposition, for inspection and/or copying, the following documents. The term "documents" shall mean any material that falls within the scope of Rule 34(a) of the Federal Rules of Civil Procedure and includes, among other things, typed documents, printed documents, handwritten documents, copies of a document with notes written on them or in any other way different from the original document, and all other written, typed, printed, or otherwise recorded (including by videotape, audio tape, or by computer or other electronic methods) materials and things.:

    1.    All documents related to your efforts to obtain employment with Sikorsky Aircraft Corporation.

2. All notes, diaries, files, calendars, computer files, disks or other materials that relate to this suit or your efforts to obtain employment with Sikorsky Aircraft Corporation and your claims in this lawsuit.

3. All documents related to your efforts to obtain employment after you were dismissed from the training class in December 2006.

4. All documents related to any and all employment, work or other sources of income you have had since you were dismissed from the training class in December 2006.

5. All statements, recorded conversations, interviews or other statements in any form related to the claims in this suit or your efforts to obtain employment with Sikorsky Aircraft Corporation.

6. All documents related to or evidencing any and all damages claimed by you in this suit, including but not limited to any documents showing income you have received from any source since you were dismissed from the training class in December 2006.

7. All documents related to the training class taught by AIDT.

You are invited to attend and cross-examine.

_____
One of the Attorneys for Defendant
Sikorsky Support Services

OF COUNSEL:
William H. King, III (KIN029)
Melody H. Eagan (EAGAM9780)
Natasha L. Wilson (WIL326)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jay Lewis
LAW OFFICES OF JAY LEWIS, LLC
P.O. Box 5059
Montgomery, AL 36103

    And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants (if applicable):

    Respectfully submitted,

    s/William H. King, III