IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANET ADKISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08cv99-CSC |
| | ) |
| SIKORSKY SUPPORT SERVS., INC., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Now pending before the court is the August 22, 2008, motion to withdraw (doc. # 20) filed by plaintiff's attorney Fred Clements. Upon consideration of the motion and for good cause, it is

ORDERED that Attorney Clements' motion to withdraw (doc. # 20) be and is hereby GRANTED.

Done this 25th day of August, 2008.

       /s/Charles S. Coody
    CHARLES S. COODY
    UNITED STATES MAGISTRATE JUDGE